# Supreme Court of Texas

No. 21-0437

USA Lending Group, Inc.,

*Petitioner*,

v.

Winstead PC and James Ruiz,

*Respondents*

On Petition for Review from the
Court of Appeals for the Twelfth District of Texas

**JUDGMENT**

THE SUPREME COURT OF TEXAS, having heard this cause on petition for review from the Court of Appeals for the Twelfth District, and having considered the appellate record, briefs, and the arguments of counsel, concludes that the court of appeals' judgment should be reversed.

IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that:

1)      The court of appeals' judgment is reversed;

2)       The cause is remanded to the trial court for further proceedings consistent with this Court's opinion; and

3)       Petitioner shall recover, and the Respondents shall pay, the costs incurred in this court.

Copies of this judgment are certified to the Court of Appeals for the Twelfth District and to the 281st District Court of Harris County, Texas, for observance.

Opinion of the Court delivered by Justice Bland

May 19, 2023

**\*\*\*\*\*\*\*\*\***